United States Court of Appeals
Fifth Circuit

**F I L E D**

**May 29, 2007**

Charles R. Fulbruge III
Clerk

UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

06-20202
Summary Calendar

MAXINE NICHOLSON,

Plaintiff-Appellant,

v.

SPRING SAND & CLAY LP,

Defendant-Appellee.

Appeal from the United States District Court for the
Southern District of Texas, Houston
4:04-cv-01601

Before DAVIS, BARKSDALE, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

Appellant appeals *pro se* from a jury verdict in favor of her employer in a discrimination case. Appellant points to no error. There is no legal argument or citation in the brief—only general conclusions. Although this Court liberally construes the briefs of *pro se* appellants, we also require that arguments be briefed to be preserved. *Price v. Digital Equip. Corp.*, 846 F.2d 1026, 1028 (5th

---

[*] Pursuant to 5th Cir. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Cir. R. 47.5.4.

Cir. 1988) (citations omitted). Accordingly, Appellant has abandoned her arguments by failing to argue them in the body of her brief. *Yohey v. Collins,* 985 F.2d 222, 224-25 (5th Cir. 1993) (citing Fed.R.App.P. 28(a)(4)).

In addition, to the extent her brief reflects her disappointment with counsel, the Sixth Amendment right to counsel does not apply to civil proceedings. *Sanchez v. United States Postal Serv.,* 785 F.2d 1236, 1237 (5th Cir. 1986).

AFFIRMED.